IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MIRIAM EHRISMAN,

     Plaintiff,

v.                               CASE NO. 1:11-cv-41-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

     Defendant.

_____/

## REPORT AND RECOMMENDATION

     Pending before the Court is Defendant's Motion To Remand.  (Doc. 12.)

Defendant requests the Court to remand this case to the Commissioner for further

proceedings.  Pursuant to Local Rule 7.1(B), counsel for Defendant represents that he

has conferred with counsel for Plaintiff and Plaintiff does not object to the relief

requested.

     Defendant has moved to remand this matter (Doc. 12) to the Commissioner

under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of
> the record, a judgment affirming, modifying or reversing the decision of
> the Commissioner of Social Security, with or without remanding the cause
> for a rehearing.

     The Commissioner advises that agency counsel requested the Appeals Council

of the Social Security Administration to reconsider the Commissioner's decision.  After

reviewing the Commissioner's decision the Appeals Council determined that remand

was appropriate for further consideration of Plaintiff's claim.

It is respectfully **RECOMMENDED** that Defendant's Motion To Remand (Doc.

12) be **GRANTED**, and that this action be **REVERSED and REMANDED** pursuant to

sentence four of 42 U.S.C. § 405(g) to the Commissioner.  On remand the

administrative law judge should evaluate whether Plaintiff can perform past relevant

work consistent with her residual functional capacity and should also obtain

supplemental vocational testimony to determine whether Plaintiff can perform her past

relevant work or make an adjustment to other work.  It is also **RECOMMENDED** that

the Clerk should be directed to enter final judgment accordingly, terminate any pending

motions, and close the file.

At Gainesville, Florida, this 13th day of May 2011.

*s / Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**